**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHULRUFF DENTAL INC., on behalf of itself and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 21-cv-00879 |
| v. | ) ) | Judge Sara L. Ellis |
| INTEGRATED CHARTS INC., d/b/a TAB 32, and JOHN DOES 1-10, | ) ) ) ) | Magistrate Judge Beth W. Jantz |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Shulruff Dental Inc. and Defendant Integrated Charts Inc. respectfully submit this notice of settlement and inform the Court that the Parties have resolved this entire matter on an individual basis. The Parties will start the process of circulating a written settlement agreement for execution. The Parties expect to execute a written settlement agreement and file a stipulation of dismissal within the next forty-five (45) days. The Parties request that the Court stay all pending deadlines.

Respectfully submitted on June 4, 2021.

| | |
|---|---|
| s/ Heather Kolbus | s/ Jacky Beda (w/ consent) |
| Daniel A. Edelman | Robert M. Einhorn |
| Cathleen M. Combs | Mary Nikezic |
| Dulijaza (Julie) Clark | Jacky Beda |
| Heather Kolbus | ZARCO EINHORN SALKOWSKI |
| EDELMAN, COMBS, LATTURNER | & BRITO, P.A. |
| & GOODWIN, LLC | 2 S. Biscayne Blvd., 34th Floor |
| 20 S. Clark Street, Suite 1500 | Miami, FL 33131 |
| Chicago, IL 60603 | (305) 374-5418 |
| (312) 739-4200 | |

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on Friday, June 4, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF, which caused notification to be sent via email to the following party:

    Robert M. Einhorn – reinhorn@zarcolaw.com
    Mary Nikezic – mnikezic@zarcolaw.com
    Jacky Beda – jbeda@zarcolaw.com
    ZARCO EINHORN SALKOWSKI & BRITO, P.A.
    2 S Biscayne Blvd, 34th Floor
    Miami, FL  33131

                                                         /s/ Heather Kolbus
                                                         Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
Heather Kolbus
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)