**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHULRUFF DENTAL INC., ) | | |
| on behalf of itself and ) | | |
| the class members defined herein, ) | | |
| ) | | |
| Plaintiff, ) | 21-cv-00879 | |
| ) | | |
| v. ) | Judge Sara L. Ellis | |
| ) | Magistrate Judge Beth W. Jantz | |
| INTEGRATED CHARTS INC., d/b/a TAB 32, ) | | |
| and JOHN DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Shulruff Dental Inc. voluntarily dismisses its claims against John Does 1-10, without prejudice and without costs.

        Respectfully submitted,

        s/ Heather Kolbus
        Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
Heather Kolbus
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

1

**CERTIFICATE OF SERVICE**

  I, Heather Kolbus, hereby certify that on June 9, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF, which caused notification to be sent via email to the following party:

  Robert M. Einhorn – reinhorn@zarcolaw.com
  Mary Nikezic – mnikezic@zarcolaw.com
  Jacky Beda – jbeda@zarcolaw.com
  ZARCO EINHORN SALKOWSKI & BRITO, P.A.
  2 S Biscayne Blvd, 34th Floor
  Miami, FL 33131

              /s/ Heather Kolbus
              Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
Heather Kolbus
**EDELMAN, COMBS, LATTURNER**
  **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)