# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHULRUFF DENTAL INC., on behalf of itself and the class members defined herein, | ) ) ) ) |
| Plaintiff, | ) Case No.: 1:21-cv-00879 |
| v. | ) ) |
| | ) Magistrate Judge Beth W. Jantz |
| INTEGRATED CHARTS INC., d/b/a TAB 32, and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Shulruff Dental Inc. and Defendant Integrated Charts Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff's individual and class claims against Defendants Integrated Charts, Inc. and Does 1-10 with prejudice and without costs, except as those costs provided in the Parties' agreement. Plaintiff dismisses the claims of the unnamed, putative class members against Defendants Integrated Charts Inc. and Does 1-10 without prejudice and without costs.

September 23, 2021

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Jacky Beda (w/ consent) |
| Daniel A. Edelman | Robert M. Einhorn |
| Dulijaza (Julie) Clark | Mary Nikezic |
| Heather Kolbus | Jacky Beda |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | ZARCO EINHORN SALKOWSKI & BRITO, P.A. |
| 20 S. Clark Street, Suite 1500 | 2 S. Biscayne Blvd., 34th Floor |
| Chicago, IL 60603 | Miami, FL 33131 |
| (312) 739-4200 | (305) 374-5418 |

1

## CERTIFICATE OF SERVICE

  I, Heather Kolbus, hereby certify that on September 23, 2021, I caused a true and accurate copy of the following document to be filed with the Court's CM/ECF system, which caused notification to be sent by email to the following party:

  Robert M. Einhorn – reinhorn@zarcolaw.com
  Mary Nikezic – mnikezic@zarcolaw.com
  Jacky Beda – jbeda@zarcolaw.com
  ZARCO EINHORN SALKOWSKI & BRITO, P.A.
  2 S Biscayne Blvd., 34th Floor
  Miami, FL 33131

              s/ Heather Kolbus
              Heather Kolbus

Daniel A. Edelman
Dulijaza (Julie) Clark
Heather Kolbus
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)