# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Shulruff Dental Inc.

                             Plaintiff,

v.                                                       Case No.: 1:21–cv–00879
                                                            Honorable Beth W. Jantz

Integrated Charts, Inc., et al.

                             Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, September 23, 2021:

      MINUTE entry before the Honorable Beth W. Jantz: Pursuant to the parties' joint stipulation to dismiss [42], the named plaintiff's claims are dismissed with prejudice, and without costs except as provided in the parties' settlement agreement. The claims of the putative class are dismissed without prejudice and without costs. Civil case terminated. Mailed notice. (as, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.